**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANTHONY MacGREGOR, | No. C 08-2650 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| V. M. ALAMAGER, Warden, | |
| Respondent. | |

The clerk erroneously opened this case when an envelope containing a habeas petition was received. The petition actually was intended to accompany exhibits which were used to open another case, C 08-2593 WHA (PR). As that case has the lower case number, the clerk shall move the petition from this case to C 08-2593 WHA (PR) and retain an electronic copy in this case for purposes of making a record. Petitioner's payment of the five dollar filing fee also shall be credited to C 08-2593 WHA (PR). Because this case was opened in error, no fee is due for it.

This case is **DISMISSED** as duplicative. The clerk shall close the file. A copy of this order shall be provided to the court's financial office.

**IT IS SO ORDERED.**

Dated: June   2  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\MACGREGOR2650.DIS.wpd

8-2650UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| KEVIN A. MACGREGOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>V.M. ALAMAGER et al,<br><br>　　　　Defendant._____/ | Case Number: CV08-02650 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Kevin A. MacGregor
V-94008/ C-2, 140u
Centinela State Prison
PO Box 921
Imperial, CA 92251

Court's financial office

Dated: June 2, 2008

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: D. Toland, Deputy Clerk