**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANTHONY MacGREGOR, | No. C 08-2650 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| V. M. ALAMAGER, Warden, | |
| Respondent. | |

Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: June   2  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\MACGREGOR2650.JUD.wpd

8-2650UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN A. MACGREGOR,

        Plaintiff,

  v.

V.M. ALAMAGER et al,

        Defendant.
_____/

Case Number: CV08-02650 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin A. MacGregor
V-94008/ C-2, 140u
Centinela State Prison
PO Box 921
Imperial, CA 92251

Dated: June 2, 2008

        Richard W. Wieking, Clerk
        By: D. Toland, Deputy Clerk